IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLENE GARRIS                                                               PLAINTIFF

v.                             No. 4:12-cv-363-DPM

J.B. HUNT TRANSPORT, INC.; J.B. HUNT
TRANSPORT SERVICES, INC.; J.B. HUNT
LOGISTICS, INC.; DR. ROBERT PFLUG;
QUEST DIAGNOSTIC CLINICAL
LABORATORIES, INC.; COMPLIANCE
SAFETY SYSTEMS; ELISA NORMAN; and
RHONDA WOODS                                                                 DEFENDANTS

ORDER

Unopposed motion to dismiss parties, *Document No. 19*, granted. FED. R. CIV. P. 41(a)(2). Garris's complaint is dismissed without prejudice against all parties except J.B. Hunt Transport, Inc.; and Quest Diagnostic's motion to dismiss, *Document No. 14*, is denied as moot. If Garris refiles against any of the dismissed Defendants, then that party may move to recover any duplicative Rule 54 costs it incurs as a result of the voluntary dismissal and refiling.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

19 July 2012