IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLENE GARRIS                                                                               PLAINTIFF

v.                             No. 4:12-cv-363-DPM

J.B. HUNT TRANSPORT INC.; J.B. HUNT
TRANSPORT SERVICES INC.; J.B. HUNT
LOGISTICS INC.; ROBERT PFLUG, M.D.;
QUEST DIAGNOSTIC CLINICAL
LABORATORIES INC.; COMPLIANCE
SAFETY SYSTEMS; ELISA NORMAN; and
RHONDA WOODS                                                                                 DEFENDANTS

JUDGMENT

Garris's claims against J.B. Hunt Transport, Inc. are dismissed with prejudice. № 63 & 65. All of Garris's claims against all other defendants are dismissed without prejudice. № 23.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2014